**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Michael R. Garber                       Emily Clement
Attorney at Law                         La. Corr. Inst. for Women DOC No. 509727
1801 Ryan St.                           P. O. Box 26
Lake Charles LA 70601                   St. Gabriel LA 70776

**REHEARING ACTION: July 5, 2012**

**Docket Number: 12   00603-CW**

**SUCCESSION OF RICHARD J. CLEMENT**

**Writ Application from Calcasieu Parish Case No. 47,160**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Oswald A. Decuir**
    **Hon. Billy Howard Ezell**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Emily Clement** has this day been

    **DENIED.**

cc: Oliver Jackson Schrumpf, Counsel for  the Respondent
    James Alvin Watson, In Proper Person
    John Prentis Everett, Jr., Counsel for  the Respondent